UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-133-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| JAMAL MOHAMMAD ELEIDY | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 66 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

So ordered, this 17th day of December, 2019.

_____
HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE